Prob 12A(10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. James William Hill, III          Docket No. 3:06CR444-001

### Petition on Supervised Release

COMES NOW DEXTER M. RICHARDSON, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James William Hill, III, who was placed on supervision by the Honorable Robert E. Payne, Senior United States District Judge sitting in the Court at Richmond, Virginia, on the 15th day of June, 2007, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. **The defendant shall provide the probation officer access to any requested financial information.**

2. **The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: none.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 28th day of May, 2015 and ordered filed and made a part of the records in the above case. | Executed on 5/26/15 |
| /s/ REP<br>The Honorable Robert E. Payne<br>Senior United States District Judge | Dexter M. Richardson<br>United States Probation Officer<br><br>Place Richmond, Virginia |

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: HILL, III, James William

OFFENSE: Possession of a Firearm by a Convicted Felony and an Unlawful User of Controlled Substances, in violation of 18 U.S.C. §§ 922(g)(1) and (3), a Class C Felony.

SENTENCE: 53 months Bureau of Prisons; 3 year Term of Supervised Release; and $100 Special Assessment.

ADJUSTMENT TO SUPERVISION:

On June 15, 2007, Your Honor sentenced James William Hill, III, to 3 years of supervised release. Mr. Hill reported to this office on January 13, 2013, and reviewed, signed, and was provided a copy of the conditions of supervised release. It should be noted Mr. Hill failed to advise this officer of any obstacles that would prohibit his compliance with conditions of supervision.

On November 6, 2014, a Violation Report was submitted and approved by Your Honor. The mentioned Violation Report advised the Court of Mr. Hill's use of marijuana. Mr. Hill was subsequently referred to the Richmond Behavioral Health Authority for substance abuse counseling.

On May 26, 2015, this officer was contacted by the Chesterfield County, Virginia Police Department and advised of new criminal charges related to Mr. Hill. James William Hill, III was arrested in Chesterfield County, Virginia on May 22, 2015, and charged with the following: Assault-Misdemeanor. The next Court date regarding this matter is scheduled for May 28, 2015, in Chesterfield County, Virginia General District Court. It should be noted Mr. Hill has failed to report the mentioned police contact with this officer. As of this writing, the offender has made an unsuccessful adjustment to supervised release.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION: COMMISSION OF A CRIME – ASSAULT-MISDEMEANOR.

On May 22, 2015, James William Hill, III was arrested and charged with Assault-Misdemeanor. The next Court date regarding this matter is scheduled for May 28, 2015, in Chesterfield County, Virginia General District Court.

CONDITION 11: FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED BY A LAW ENFORCEMENT OFFICER.

On May 22, 2015, James William Hill, III was arrested by the Chesterfield County, Virginia Police Department, but failed to report the contact to the Probation Officer.

DMR/nnj