IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:06cr444

JAMES WILLIAM HILL, III

## ORDER

This matter is before the Court for a hearing on the petition alleging violations of the conditions of supervised release imposed. The defendant having been found guilty the mandatory condition: commission of a crime – assault-misdemeanor and condition 11 – failure to notify the probation officer within 72 hours of being arrested by a law enforcement officer the period of supervised release is hereby REVOKED.

The defendant is remanded to the custody of the Bureau of Prisons for a period of SIXTY (60) DAYS imprisonment and shall receive credit for time served on this offense. Upon release from imprisonment, the defendant is placed on supervised release for a term of THIRTY FOUR (34) MONTHS under the same terms and conditions originally imposed. .

And it is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: July 27, 2015